**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 72 WAL 2019
:
          Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
          v. :
:
:
STANFORD ALLEN RUSSELL, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of September, 2019, the Petition for Allowance of Appeal is **DENIED**.